MILTON S. ARNOLD, as Surviving Partner of the Firm of M. ARNOLD & COMPANY et al., Appellants, *v.* THE R. ROTHS-CHILD'S SONS COMPANY, Respondent.

*Arnold* v. *Rothschild's Sons Co.,* 37 App. Div. 564, affirmed.
(Argued June 18, 1900; decided October 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 8, 1899, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term, and an order denying a motion for a new trial.

*Herbert R. Limburger* and *Henry L. Scheuerman* for appellants.

*Mark M. Schlesinger* and *Frank C. Avery* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT and WERNER, JJ. Dissenting: VANN and LANDON, JJ. Not voting: CULLEN, J.

---

ALEXANDER D. WALES, Appellant, *v.* SPRING FOREST CEME-TERY ASSOCIATION, Respondent, Impleaded with Others.

*Wales* v. *Spring Forest Cemetery Assn.,* 22 App. Div. 630, affirmed.
(Argued June 18, 1900; decided October 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 18, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*C. H. Hitchcock* for appellant.

*Edward K. Clark* and *Roger P. Clark* for respondent.

Judgment affirmed, without costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN, CULLEN and WERNER, JJ. Not sitting: LANDON, J.